UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

MARCELO IRIGOIN

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

22 Cr. 322 (PAC)

1. WHEREAS, on or about June 7, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 5) with respect to MARCELO IRIGOIN (the "Defendant"), imposing a money judgment in the amount of $1,436,171.60 in United States currency (the "Money Judgment") against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

    a. $624,912 in United States currency seized from Amerant Bank accounts numbered 8201625206 and 2400271506 held in the name of Camlen Trade LLC; and

    b. $131,808 in United States currency seized from TD Bank account 436-282-5172 held in the name of Axialtek LLC,

(a. and b. together, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable,

provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on June 30, 2022 for thirty (30) consecutive days, through July 30, 2022, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on September 1, 2022 (D.E. 9);

WHEREAS, on or about June 15, 2022, Notice of the Preliminary Order of Forfeiture was sent by Certified Mail to:

>   Maria Florencia Candela Buceta Hernandez
>   ███████████████
>   Doral, Florida  33178
>
>   Maria Florencia Candela Buceta Hernandez
>   c/o  Ignacio Alvarez, Esq.
>   ALGO Law Firm, LLP
>   815 Ponce De Leon Boulevard, Suite 101
>   Coral Gables, FL  33134

(the "Noticed Party").

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Party are the only people and/or entitities known by the Government to have a potential interest the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

[THIS SPACE LEFT INTENTIONALLY BLANK]

4. Upon entry of this final order of forfeiture, the Money Judgment against the Defendant shall be deemed completely satisfied and extinguished.

Dated: New York, New York
 9/7/, 2022

SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE