UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

                             :        **22 Cr. 322 (PAC)**

          v.

                             :        **ORDER**

MARCELO IRIGOIN,

                             :

           Defendant.

                             :
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court grants a one-time only extension of Defendant's BOP court surrender date to

April 1, 2023, on the condition that all papers and filings in the bankruptcy proceeding are filed

with the United States Attorney's Office in this proceeding.  No part of this extension is

attributable to any immigration proceeding.

There will be no further extensions granted with respect to the bankruptcy proceeding.

Dated:  New York, New York
       January 23, 2023

                                   SO ORDERED

                                   PAUL A. CROTTY
                                   United States District Judge